## THE COLORADO.

(Circuit Court of Appeals, Second Circuit. October 18, 1910.)

ADMIRALTY (§ 118*)—CROSS-SUITS TRIED TOGETHER—APPEAL.

Where the issues presented by a libel and cross-libel and the answers thereto in an admiralty cause are tried as a single controversy in the District Court, the effect is the same as if the two suits had been formally consolidated, and an appeal from the final decree brings up all questions.

[Ed. Note.—For other cases, see Admiralty, Cent. Dig. § 759; Dec. Dig. § 118.*]

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty by the New York Central & Hudson River Railroad Company against the steamship Colorado, and cross-suit by the Mallory Steamship Company against the New York Central Steam Lighter No. 24. Libel against the Colorado dismissed, and decree against the lighter (173 Fed. 649), and libelant appeals. On motion to dismiss appeal. Motion denied.

Charles Haight, for the motion.

F. M. Brown, opposed.

Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. In the absence of any controlling authority to the contrary, we are satisfied that, where the issues presented by libel and cross-libel and answers thereto in an admiralty cause are tried as a single controversy in the District Court, the effect is the same as if the two suits had been formally consolidated, and that appeal from final decree brings up all questions.

Motion to dismiss appeal is denied.